| | |
|---|---|
| CONNER BENNETT | SUIT NUMBER: 172179 DIV: B |
| VERSUS | 21ST JUDICIAL DISTRICT COURT |
| JEFFREY MAGEE and J.B. HUNT TRANSPORT, INC. | PARISH OF LIVINGSTON |
| | STATE OF LOUISIANA |

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2021 NOV 12 AM 11:46
DEPUTY CLERK

## PETITION FOR DAMAGES

**NOW INTO COURT** comes the plaintiff, CONNER BENNETT, a resident of the lawful age of majority of the Parish of Livingston, State of Louisiana respectfully represents as follows:

**1.**

The defendant, JEFFREY MAGEE, is a resident of the lawful age of majority, domiciled in the State of Mississippi, who may be served via long arm at 2015 Pumping Station Road, Osyka, Mississippi, 39657.

**2.**

The defendant, J.B. HUNT TRANSPORT, INC, is a Georgia Company with its principal business establishment in Louisiana in West Baton Rouge Parish, and may be served through its agent for service, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.

**3.**

At the time of the accident herein sued upon, JEFFREY MAGEE was employed by and working within the course and scope of his employment with defendant, J.B. HUNT TRANSPORT, INC.

**4.**

On or about November 27, 2020, at approximately 6:30 a.m., the plaintiff, CONNER BENNETT, was operating his vehicle eastbound on S. Satsuma Road at its intersection with Whit Gordon Road in the Parish of Livingston, State of Louisiana.

**5.**

At approximately the same time and place, the defendant driver, JEFFREY MAGEE, was operating a logging truck owned by J.B. HUNT TRANSPORT, INC. and was attempting to turn around at the intersection of S. Satsuma Road and Whit Gordon Road.

**6.**

During the attempted U-turn, the defendant driver, JEFFREY MAGEE, was blocking the lane of travel on the road.

EXHIBIT 1

7.

At the above described time and location, on a day with dense fog, CONNER BENNETT was unable to see any lights on the logging truck and struck the rear side of its trailer, causing the injuries and damages complained of herein.

8.

As a direct result of this accident, the plaintiff, CONNER BENNETT, has suffered injuries to various parts of his body, including but not limited to his upper and lower back, as well as other unknown and grievous injuries to his body, all causing him severe pain and suffering.

9.

As a direct result of this accident, the plaintiff, CONNER BENNETT, has sustained damages, which include but are not limited to the following, among others to be shown at the time of trial:

   A.   Past medical expenses

   B.   Past physical pain and suffering

   C.   Future medical expenses

   D.   Future physical pain and suffering

   E.   Past mental anguish

   F.   Future mental anguish

   G.   Loss of enjoyment of life

10.

Plaintiff avers that the accident resulting in his injuries, damages and expenses was caused solely and only by the negligent conduct of defendant, JEFFREY MAGEE.

11.

The defendant, JEFFREY MAGEE, was negligent in the following particulars, among others, to be shown at the time of trial:

   A. Failure to act with due care;

   B. Reckless operation of a motor vehicle;

   C. Impeding the flow of traffic;

   D. Making an illegal U-turn and/or left turn;

   E. Blocking a lane of traffic; and

   F. Other acts of negligence which are to be shown at the trial of this matter

all of which acts of negligence, among others, were the proximate cause of the accident, and Plaintiff's injuries, damages, and expenses.

**12.**

The defendants, JEFFREY MAGEE and J.B. HUNT TRANSPORT, INC., are liable jointly and in solido unto Plaintiff for all damages as are reasonable in the premises, plus legal interest from the date of judicial demand until paid, and for all costs of this suit.

**WHEREFORE**, the plaintiff, CONNER BENNETT, prays for judgment herein in his favor and against the defendants, JEFFREY MAGEE and J.B. HUNT TRANSPORT, INC., for all damages as are reasonable in the premises, plus legal interest from the date of judicial demand until paid, for all costs of this suit, and for all other just and equitable relief permitted by law.

RESPECTFULLY SUBMITTED:

**FAYARD & HONEYCUTT**

By: *[signature]*
HANNAH HONEYCUTT CALANDRO (37731)
D. BLAYNE HONEYCUTT (18264)
519 Florida Avenue SW
Denham Springs, LA 70726
Telephone (225) 664-0304
Counsel for Plaintiff

**SERVICE INFORMATION:**

**JEFFREY MAGEE**
  Via Louisiana Long Arm
2015 Pumping Station Road
Osyka, MS 39657

**J.B. HUNT TRANSPORT, INC.**
  **Through its agent for process:**
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this 11-15 2021
Deputy Clerk of Court